UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HEIDI M. GRAHAM,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

CASE NO. C11-5948 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 19. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    This matter is **REMANDED** to the Social Security Administration for further proceedings.

ORDER

1 | Dated this 5th day November, 2012.

2

3

4 | BENJAMIN H. SETTLE
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER